Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Ramon Valencia-Cruz,<br><br>　　　　　Defendant. | Case No. 2:17-cr-00147-JCM-GWF<br><br>**First Stipulation to Continue Revocation Hearing** |

　　　　The parties jointly request that this Court vacate the January 30, 2020, revocation hearing and continue it for at least 30 days because:

　　　　1.　　Defense counsel needs additional time to gather medical records for use at the revocation hearing;

　　　　2.　　Mr. Valencia-Cruz is in custody and agrees to the continuance; and

　　　　3.　　The parties agree to the continuance.

　　　　DATED: January 29, 2020.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender<br><br>　*/s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney<br><br>　*/s/ Kimberly Frayn*<br>By_____<br>Kimberly Frayn<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Ramon Valencia-Cruz,<br><br>        Defendant. | Case No. 2:17-cr-00147-JCM-GWF<br><br>**Order Granting First Stipulation to Continue Revocation Hearing** |

    Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 30, 2020, at 10:00 a.m. is vacated and continued to March 3, 2020 at 10:00 a.m.

DATED: January 30, 2020.

_____
James C. Mahan
United States District Judge

2