Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:17-cr-00147-JCM-GWF |
| Plaintiff, | **Application and affidavit in Support of Order for the Issuance of Rule 17(b) and (c) Subpoena** |
| v. | |
| Ramon Valencia-Cruz, | |
| Defendant. | |

Ramon Valencia-Cruz moves under Federal Rules of Criminal Procedure 17(b) and (c) and LCR 17-1 for the issuance of a subpoena for his BOP medical records. Undersigned requests that the subpoena be "issued" to the Federal Defender's Office for service by an FDO investigator or non-party rather than being forwarded to the U.S. Marshals Service for service.

Respectfully submitted,
Rene L. Valladares
Federal Public Defender

By: */s/ Erin Gettel*

Erin Gettel
Assistant Federal Public Defender

# Affidavit of Counsel

In the State of Nevada and the County of Clark, Erin Gettel, being first duly sworn, deposes and says:

1. I am an Assistant Federal Public Defender for the District of Nevada and Defendant Ramon Valencia-Cruz's attorney.
2. Valencia-Cruz is unable to pay the fees and expenses of the out of state witness named below and is further unable to pay the cost of service of subpoena for this witness.
3. It is my professional judgment that Valencia-Cruz's BOP medical records are necessary to effectively represent him at his revocation of supervised release hearing, which is currently set for March 3, 2020.
4. Valencia-Cruz appeared on the instant petition to revoke his supervised release after completing a 27-month prison sentence in the Bureau of Prisons.
5. BOP medical staff told Valencia-Cruz that he required eye surgery or he would lose his eyesight.
6. That surgery was not provided, and his sight has continued to deteriorate.
7. One of the factors that the Court will consider in deciding the appropriate punishment for Valencia-Cruz's supervised-release violations is the need "to provide the defendant with needed educational or vocational training, *medical care*, or other correctional treatment in the most effective manner." 18 USC § 3583(e). Also, the Court must consider Valencia-Cruz's personal history and characteristics.

8. It appears that Valencia-Cruz has a serious medical condition that has deteriorated while he has been under the care of the BOP. To effectively represent him at the revocation hearing and to argue the appropriate sentence, undersigned must be able to provide proof of Valencia-Cruz's medical conditions and the BOP's capability of treating him (or not treating him) for those conditions.

9. These documents are not otherwise procurable reasonably in advance of Valencia-Cruz's revocation hearing by exercise of due diligence.

10. Undersigned cannot adequately prepare for the revocation hearing or effectively represent Valencia-Cruz at the revocation hearing without these records.

11. Witness:
FOIA/PA Section
Office of General Counsel, Room 924
Federal Bureau of Prisons
320 First Street, N.W.
Washington, DC 20534

_____
Erin Gettel
Assistant Federal Public Defender

Subscribed and sworn to before me this ___5th___ day of February, 2020

_____
Notary Public



ELIZA BRIGGS
Notary Public-State of Nevada
Appointment No. 17-1232-2
My Appointment Expires Dec. 3, 2020

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

    Plaintiff,

v.

Ramon Valencia-Cruz,

    Defendant.

Case No. 2:17-cr-00147-JCM-GWF

**Order**

Upon motion of Ramon Valencia-Cruz pursuant to Rule 17(b) and (c) of the Federal Rules of Criminal Procedure, and good cause appearing therefore,

IT IS HEREBY ORDERED that the below witness must produce all medical records pertaining to Ramon Valencia-Cruz to the Federal Public Defender's Office, as set forth in the subpoena.

Witness:

FOIA/PA Section
Office of General Counsel, Room 924
Federal Bureau of Prisons
320 First Street, N.W.
Washington, DC 20534

DATED: February 20, 2020.

_____
UNITED STATES DISTRICT JUDGE

5

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on February 5, 2020, he served an electronic copy of the above and foregoing **Application and affidavit in Support of Order for the Issuance of Rule 17(b) and (c) Subpoena** by electronic service (ECF) to the person named below:

>NICHOLAS A. TRUTANICH
>United States Attorney
>KIMBERLY M. FRAYN
>Assistant United States Attorney
>501 Las Vegas Blvd. South
>Suite 1100
>Las Vegas, NV 89101

>*/s/ Brandon Thomas*
>Employee of the Federal Public Defender