1  Rene L. Valladares
   Federal Public Defender
2  Nevada State Bar No. 11479
   Erin Gettel
3  Assistant Federal Public Defender
   Nevada State Bar No. 13877
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577
   Erin_Gettel@fd.org

6

7                    **UNITED STATES DISTRICT COURT**

8                          **DISTRICT OF NEVADA**

9

10  United States of America,              Case No. 2:17-cr-00147-JCM-GWF

11            Plaintiff,                    **Second Stipulation to Continue
                                            Revocation Hearing**
12        v.

13  Ramon Valencia-Cruz,

14            Defendant.

15

16        The parties jointly request that this Court vacate the March 3, 2020, revocation hearing

17  and continue it for at least 7 days because:

18        1.     Defense counsel subpoenaed medical records for use at the revocation hearing;

19        2.     Defense counsel received the records on February 28, 2020 and needs

20  additional time to review these records with Mr. Valencia-Cruz.

        DATED: March 2, 2020.
21

22  Rene L. Valladares                      Nicholas A. Trutanich
    Federal Public Defender                United States Attorney
23
      */s/ Erin Gettel*                        */s/ Kimberly Frayn*
24  By_____           By_____

25  Erin Gettel                            Kimberly Frayn
    Assistant Federal Public Defender      Assistant United States Attorney
26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

United States of America,

        Plaintiff,

        v.

Ramon Valencia-Cruz,

        Defendant.

Case No. 2:17-cr-00147-JCM-GWF

**Order Granting Second Stipulation to Continue Revocation Hearing**

Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 3, 2020, at 10:00 a.m. is vacated and continued to _Thursday, March 12_ at _10_:30_ _a_.m.

DATED: March _2_, 2020.

James C. Mahan
United States District Judge

2